People of the State of Illinois, Plaintiff-Appellee, v. Emilio Garcia, Defendant-Appellant.

Gen. No. 50,769. (Abstract of Decision.)

First District, First Division.

July 31, 1967.

Gerald W. Getty, Public

Defender of Cook County, of Chicago (Shelvin Singer and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Donald J. Veverka, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.